UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE MORRIS, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>Defendant. | Case No.:  3:18-cv-132-BEN-NLS<br><br>**NOTICE AND ORDER SETTING TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE WITH COUNSEL ONLY** |

**IT IS ORDERED** that an Early Neutral Evaluation ("ENE") of your case **with counsel only** will be held **telephonically** on <u>**April 30, 2018**</u> at <u>**9:30 a.m.**</u>.  Counsel for plaintiffs is responsible for initiating the telephonic ENE.

The following are **mandatory** guidelines for preparing for the ENE.

1. **Purpose of Conference:**  The purpose of the ENE is to permit an informal discussion between the attorneys and the settlement judge of every aspect of the lawsuit in an effort to achieve an early resolution of the case.  All conference discussions will be informal, off the record, privileged and confidential.  The principal attorneys responsible for the litigation must attend by telephone and must be legally and factually prepared to discuss settlement of the case.

2. **Confidential ENE Statements Required:** No later than **three court days** before the ENE, the parties must submit confidential statements of five pages or less directly to the chambers of Magistrate Judge Stormes outlining the nature of the case, the claims, and the defenses. **These statements shall not be filed or served on opposing counsel.** They can be lodged via email at efile_stormes@casd.uscourts.gov. If exhibits are attached and the total submission amounts to more than 20 pages, a hard copy must be delivered directly to chambers.

3. **New Parties Must Be Notified by Plaintiff's Counsel:** Plaintiff's counsel must give notice of the ENE to parties responding to the complaint after the date of this notice.

4. **Case Management Under the Amended Federal Rules:** If the case does not settle at the ENE, the parties can expect to leave the ENE with Rule 26 compliance dates or deadlines. Parties shall be prepared to discuss the following matters at the conclusion of the ENE conference:

   a. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

   b. The scheduling of the Federal Rule of Civil Procedure 26(f) conference within 14 days following the ENE;

   c. The date of initial disclosure and the date for lodging the discovery plan within 7 days following the Rule 26(f) conference; and

   d. The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b) within 14 days following the Rule 26(f) conference.

The Court will issue an order following the ENE addressing these issues and setting dates as appropriate.

5. **Requests to Continue an ENE Conference:** Local Rule 16.1(c) requires that an ENE take place within 45 days of the filing of the first answer. Requests to

continue ENEs are rarely granted.  However, the Court will consider formal, written ex parte or joint motion requests to continue an ENE conference when extraordinary circumstances exist that make a continuance appropriate.  Absent extraordinary circumstances, requests for continuances **will not be considered unless submitted in writing** no less than seven (7) days before the scheduled ENE.

Questions regarding this case or the mandatory guidelines set forth herein may be directed to the Magistrate Judge's law clerks at (619) 557-5391.

A Notice of Right to Consent to Trial Before a United States Magistrate Judge is attached for your information.

**IT IS SO ORDERED.**

Dated:  March 26, 2018

Hon. Nita L. Stormes
United States Magistrate Judge

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), you are notified that a U.S. Magistrate Judge of this district may, upon the consent of all parties, on form 1A available in the Clerk's office, conduct any or all proceedings, including a jury or non-jury trial, and order the entry of a final judgment. Counsel for the plaintiff is responsible to obtain the consent of all parties, if they want to consent.

Be aware that your decision to consent or not to consent is entirely voluntary. Only if all parties consent will the Judge or Magistrate Judge to whom the case has been assigned be informed of your decision.

Judgments of the U.S. Magistrate Judges are appealable to the U.S. Court of Appeals in accordance with this statute and the Federal Rules of Appellate Procedure.