**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
Elizabeth A. Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Florence Morris

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLORENCE MORRIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**CREDENCE RESOURCE MANAGEMENT, LLC**<br><br>Defendant. | **Case No.:** 3:18-CV-00132-BEN-NLS<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>**HON. ROGER T. BENITEZ** |

///

Plaintiff FLORENCE MORRIS ("Plaintiff"), and Defendant CREDENCE RESOURCE MANAGEMENT, LLC, ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal of this Action pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure.

Plaintiff and Defendant hereby jointly move to dismiss this action WITHOUT PREJUDICE with each party to bear its own costs and attorneys' fees.

Dated: April 19, 2018                                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:  ____/s Matthew M. Loker____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.**

By:  ____/s Debbie K. Kirkpatrick____
DEBBIE K. KIRKPATRICK, ESQ.
ATTORNEY FOR DEFENDANT

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defense counsel and that I have obtained defense counsel's authorization to affix defense counsel's electronic signatures to this document.

Date: April 19, 2018                                    KAZEROUNI LAW GROUP, APC

By:____/s Matthew M. Loker____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

1

2

## PROOF OF SERVICE

3      I am a resident of the State of California, over the age of eighteen years, and not a party
to the within action.  My business address is Kazerouni Law Group, APC, 245 Fischer Avenue,

4   Unit D1, Costa Mesa, CA 92626.  On April 19, 2018, I served the within document(s):

5   JOINT MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R.
    CIV. P. 41(A)

6

7      ☐      E-MAIL - by transmitting via e-mail the document(s) listed above to the e-mail
              address(es) listed below on this date before 11:59 p.m.

8      ☐      MAIL - by placing the document(s) listed above in a sealed envelope with
              postage thereon fully prepaid, in the United States mail at Costa Mesa, California

9             addressed as set forth above.

10     ☐      PERSONAL SERVICE - by personally delivering the document(s) listed above
              to the person(s) at the address(es) set forth below.

11

12     ☐      OVERNIGHT COURIER - by placing the document(s) listed above in a sealed
              envelope with shipping prepaid, and depositing in a collection box for next day
              delivery to the person(s) at the address(es) set forth below via.

13

14     ☒      CM/ECF - by transmitting electronically the document(s) listed above to the
              electronic case filing system on this date before 11:59 p.m.   The Court's

15            CM/ECF system sends an e-mail notification of the filing to the parties and
              counsel of record who are registered with the Court's CM/ECF system.

16

17     I am readily familiar with the firm's practice of collection and processing
correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal

18   Service on that same day with postage thereon fully prepaid in the ordinary course of business.
     I am aware that on motion of the party served, service is presumed invalid if postal cancellation

19   date or postage meter date is more than one day after date of deposit for mailing in affidavit.

20     I declare under penalty of perjury under the laws of the State of California that the above
is true and correct.  Executed on April 19, 2018, at Costa Mesa, California.

21

22

23              /s Matthew M. Loker, Esq.
                MATTHEW M. LOKER, ESQ.

24

25

26

27

28

Case No.: 3:18-CV-00132-BEN-NLS                    *Morris v. Credence Resource Management, LLC*

**PROOF OF SERVICE**