

**FILED**
APR 26 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>Defendant. | Case No.: 3:18-cv-00132-BEN-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

The Court has reviewed the parties' joint motion to dismiss Plaintiffs' action. (Docket No. 13.) Good cause appearing, the joint motion is **GRANTED**. Plaintiff's action is **DISMISSED without prejudice**. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 25, 2018

_____
HON. ROGER T. BENITEZ
United States District Judge

1

3:18-cv-00132-BEN-NLS